IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DENNY LEE NEWMAN,**

**Plaintiff,**

v.  Case No. 5:17cv6-MW/EMT

**DR. IZUEGBO, et al.,**

**Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Complaint, ECF No. 1, is

---

[1] Plaintiff has failed to keep the Clerk advised of his current address as evidenced by returned mail. ECF No. 9.

1

**DISMISSED**." The Clerk shall close the file.

**SO ORDERED on June 7, 2018.**

<u>**s/Mark E. Walker**</u>      ____
**United States District Judge**
