IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


DENNY LEE NEWMAN,

      Plaintiff,

v.                                    Case No. 5:17cv6-MW/EMT

DR. IZUEGBO, et al.,

      Defendants.
_____/

**AMENDED ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION IN PART**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted in part and rejected in part** as this Court's opinion. The report and recommendation is rejected to the extent that dismissal is recommended without prejudice, but the

---

[1] Plaintiff has failed to keep the Clerk advised of his current address as evidenced by returned mail. ECF No. 9.

1

balance of the report and recommendation is adopted[2]. *See Dixon v. Bd. of Cty. Cmm'rs Palm Beach Cty., Fla.*, 518 F. App'x 607 (11th Cir. 2013) (affirming dismissal with prejudice based on res judicata). *See also Lee v. Escambia Cty. Sheriff's Office*, No. 3:16cv107/RV/EMT, 2016 WL 1567175 (N.D. Fla. March 18, 2016) (recommending dismissal with prejudice based on res judicata). The Clerk shall enter an amended judgment stating, "The Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**." The Clerk shall close the file.

    **SO ORDERED on June 7, 2018.**

                                        <u>**s/Mark E. Walker**</u>
                                        **United States District Judge**

---

[2] The Magistrate Judge recommended dismissal without prejudice. This Court suspects the "without prejudice" is a simple scrivener's error.